UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH SIMMONS,<br><br>        Plaintiff,<br><br>    v.<br><br>G. POMPEY,<br><br>        Defendant. | Case No. 2:19-cv-02491-JDP (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE PROOF OF SERVICE THAT THE NOTICE OF DEATH AND A COPY OF THE COMPLAINT WERE SERVED ON PLAINTIFF'S SON OR ANOTHER SUCCESSOR OR REPRESENTATIVE |

      Plaintiff, a state prisoner proceeding without counsel, commenced this civil rights action under 42 U.S.C. § 1983. On December 13, 2021, plaintiff filed a motion for an extension of time to file an opposition to defendant's motion for summary judgment. ECF No. 29. I granted that motion, ECF No. 30, however, on January 18, 2022, that order was returned to the court as undeliverable, accompanied by a notion that plaintiff was deceased. I issued an order directing defendant to file a formal notice of plaintiff's death and to either serve that notice on plaintiff's representative or successor or notify the court that plaintiff's representative or successor could not be located and explain the steps taken by defendant to locate plaintiff's representative or successor. ECF No. 31. I stayed the case for 120 days. *Id.*

      Defendant filed a notice of death and informed the court that CDCR had provided information for plaintiff's next of kin, his son Jeremiah Simmons. ECF No. 32. Defense counsel indicated that the notice of death and a copy of the complaint would be served on plaintiff's son

1

in accordance with Rule 4 of the Federal Rules of Civil Procedure.  Accordingly, defendant is directed to file proof of service within twenty-one days that the notice of death and a copy of the complaint was served on plaintiff's son, or any of plaintiff's representative or successor.

IT IS SO ORDERED.

Dated:   January 29, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE