IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEREMIAH SIMMONS,** | Case No. 2:19-cv-02491-JDP (PC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **POMPEY,** | |
| Defendant. | |

Good cause appearing, Defendant's motion to modify the deadline to file a proof of service of notice of death, as set forth in the Court's January 30, 2023 order (ECF No. 33) is **GRANTED**. The Court extends Defendant's deadline to file a response to May 5, 2023.

IT IS SO ORDERED.

Dated:   April 5, 2023                                  _____
                                                                      JEREMY D. PETERSON
                                                                      UNITED STATES MAGISTRATE JUDGE